**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
_____

**CHRISTIAN MARIE URLACHER, et al.,**
                             **Plaintiffs,**

v.                                                                             **Case No. 14-cv-0952**

**LIFE INSURANCE COMPANY OF**
**NORTH AMERICA, et al.,**
                             **Defendants.**
_____

## ORDER

      Plaintiffs in this case originally alleged a breach of contract claim against defendants for denial of plaintiffs' claim for life insurance benefits. Defendant Life Insurance Company of North America ("LINA") filed a motion to dismiss, and rather than respond to that motion, plaintiffs filed an amended complaint alleging a claim under the Employee Retirement Income Security Act ("ERISA"). Defendants then each filed renewed motions to dismiss the amended complaint, which the parties proceeded to brief. I have noticed that the initial motion, LINA's motion to dismiss the original complaint, is still pending.

      Based on the subsequent filing of the amended complaint and renewed motions to dismiss, **IT IS HEREBY ORDERED** that LINA's motion to dismiss the original complaint (ECF No. 5) is **DENIED** as **MOOT**. I will address the renewed motions to dismiss in a separate order.

      Dated at Milwaukee, Wisconsin, this 11th day of March, 2015.

                                                                          s/ Lynn Adelman
                                                                     _____
                                                                     LYNN ADELMAN
                                                                     District Judge